Argued May 16, affirmed May 16, petition for rehearing
denied June 7, petition for review denied July 25, 1972

## STATE OF OREGON, *Respondent, v.*
## CHARLES D. BLACKLEDGE (No. 71-10-3135 Cr),
*Appellant.*

496 P2d 919

*F. E. Glenn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Osburn,* Solicitor General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Burgess, Special Assistant Attorney General, Salem.

Before LANGTRY, Presiding Judge, and FOLEY and FORT, Judges.